In the Matter of ANNE COOPER, Respondent.

LEO T. McCAULEY, as Consul-General of Ireland and as Ancillary Executor of MARY A. CONNOLLY, Deceased, Appellant.

Submitted April 17, 1944; decided April 20, 1944.

Motion by petitioner-respondent to amend the remittitur and for a stay granted to the following extent: Return of remittitur requested and when returned it will be amended by striking therefrom 'the provision awarding costs against the petitioner. (See 291 N. Y. 255.)

MARIA BENSAUDE et al., Respondents, *v.* FLOMARCY COMPANY INCORPORATED et al., Respondents, and THE CITY OF NEW YORK, Appellant.

Submitted May 15, 1944; decided May 16, 1944.

*Sidney J. Feltenstein* for motion.
*Ignatius M. Wilkinson, Corporation Counsel (Murray Sendler* of counsel), opposed.
Motion denied, with ten dollars costs.